IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  | |
|---|---|---|---|
| United States of America, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Civil No. | 09CV495 |
| | ) | | |
| Rosalind Rockett, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER AND DEFAULT JUDGMENT

The Clerk of Court having properly made an entry of default under Federal Rule of Civil Procedure 55(a), and Plaintiff's counsel having filed the appropriate pleading and supporting affidavit, the Court hereby **GRANTS** the Plaintiff's motion for default judgment under Rule 55(b) (Doc 9).  Therefore, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, **United States of America**, and against Defendant, **Rosalind Rockett**, in the amount of **$7,113.47** (total as of October 29, 2009), plus court costs in the amount of **$350.00** pursuant to 28 U.S.C. § 2412(a)(2), and future costs and interest.  Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

IT IS SO ORDERED.

DATED this 22nd day of November, 2009.

/s/   *David R Herndon*
United States District Judge