IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **09-495 - DRH -CJP** |
| ) | |
| **ROSALIND ROCKETT,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel Rosalind Rockett. **(Doc. 24)**. Defendant has not filed a response, and the time for doing so has now expired. The Court deems the failure to respond to be an admission of the merits of the motion. SDIL-LR 7.1

On June 22, 2010, defendant failed to appear for her properly noticed deposition, without contacting counsel for plaintiff or offering any explanation.

**Defendant is hereby cautioned that her pro se status does not excuse her from participating in discovery or following the Rules of Civil Procedure. In the future, any such behavior on defendant's part will result in sanctions, which may include monetary penalties and/or the entry of judgment against defendant.**

Plaintiff's Motion to Compel Rosalind Rockett **(Doc. 24)** is **GRANTED**. Defendant is ordered to appear for deposition on **July 28, 2010, at 9:00 a.m.** at the Office of the United States Attorney, Nine Executive Drive, Fairview Heights, Illinois 62208.

**IT IS SO ORDERED.**

**DATE:  July 23, 2010.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**